UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMES PARHAM

       Plaintiff,

                                         Civil Action No. 1:16-cv-4223

v.

REGIONAL ADJUSTMENT
BUREAU, INC.

       Defendant,

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

DEFENDANT Regional Adjustment Bureau, Inc. ("Defendant"), in accordance with Fed. R. Civ. P. 7.1 and L.R. 3.3, hereby submits its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

**1. The undersigned counsel of record for Defendant certifies that the following is a full and complete list of the defendants represented by the undersigned in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of any defendant:**

Regional Adjustment Bureau, Inc.; and

Value Recovery Group, Inc. (Parent)

1

**2.     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

None.

**3.     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Defendant in this proceeding:**

| | |
|---|---|
| J. Harrison Anthony | Smith, Gambrell & Russell, LLP<br>1230 Peachtree Street, NE<br>Suite 3100, Promenade<br>Atlanta, Georgia 30309-3592<br>Telephone: (404) 815-3748<br>Facsimile: (404) 685-7048 |
| Scott S. Gallagher<br>(admission *pro hac vice* pending) | Smith, Gambrell & Russell, LLP<br>50 N. Laura Street<br>Suite 2600<br>Jacksonville, Florida 32202<br>Telephone: (904) 598-6111<br>Facsimile: (904) 598-6211 |

Respectfully submitted this 24th day of January, 2017.

                        **SMITH, GAMBRELL & RUSSELL, LLP**

                        */s/ J. Harrison Anthony*
                        J. Harrison Anthony
                        Georgia Bar No. 395860
                        Suite 3100 Promenade
                        1230 Peachtree Street, N.E.
                        Atlanta, GA 30309
                        Tel:  404-815-3500
                        Fax:  404-815-3509
                        *Counsel for Defendant*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMES PARHAM
        Plaintiff,

                                      Civil Action No. 1:16-cv-4223

v.

REGIONAL ADJUSTMENT BUREAU, INC.

        Defendant,

### CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **DEFENDANT, REGIONAL ADJUSTMENT BUREAU, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** electronically with the Clerk of Court using the CM/ECF system, which will send a copy to all counsel of record.

This 24th day of January, 2017.

                                            _s/ J. Harrison Anthony_____
                                            J. Harrison Anthony
                                            Georgia Bar. No. 395860
                                            SMITH, GAMBRELL & RUSSELL, LLP
                                            Suite 3100, Promenade
                                            1230 Peachtree Street, NE
                                            Atlanta, Georgia 30309-3592

                                            *Counsel for Defendant*