# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

JAMES PARHAM

      Plaintiff,

                                            Civil Action No. 1:16-cv-4223

v.

REGIONAL ADJUSTMENT
BUREAU, INC.

      Defendant,
_____/

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the following documents were served upon Plaintiff's counsel of record via electronic mail on the 10th day of March, 2017:

1. Defendant, Regional Adjustment Bureau, Inc.'s Responses and Objections to Plaintiffs' First Requests for Admission;

2. Defendant, Regional Adjustment Bureau, Inc.'s Responses and Objections to Plaintiffs' First Set of Documents to be Produced;

3. Defendant, Regional Adjustment Bureau, Inc.'s Notice of Serving Responses and Objections to Plaintiff's First Set of Interrogatories; and

4. Defendant, Regional Adjustment Bureau, Inc.'s Responses and Objections to Plaintiffs' First Set of Interrogatories.

Respectfully submitted this 10th day of March, 2017.

                **SMITH, GAMBRELL & RUSSELL, LLP**

                */s/ J. Harrison Anthony*
                J. Harrison Anthony
                Georgia Bar No. 395860
                Suite 3100, Promenade
                1230 Peachtree Street, NE
                Atlanta, Georgia 30309-3592
                Phone: (404) 815-3500
                Fax: (404) 685-7067
                Email: janthony@sgrlaw.com

                Scott S. Gallagher (admitted *pro hac vice*)
                Florida Bar No. 108251
                50 N. Laura Street, Suite 2600
                Jacksonville, Florida 32202
                Phone: (904) 598-6111
                Fax: (904) 598 – 6211
                Email: sgallagher@sgrlaw.com